

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **ALEXANDRA CORSI**<br>*Senior Counsel*<br>Tel.: (212) 356-3545<br>Fax: (212) 356-3509<br>acorsi@law.nyc.gov |

November 14, 2023

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Doneal Barnes v. City of New York, et al.*, 23 CV 1070 (AMD) (CLP)

Your Honor:

  I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and attorney for defendant City of New York in the above-referenced matter. In accordance with the Court's Order to provide Your Honor with an update regarding settlement by November 16, 2023, counsel for the parties write jointly to advise that this matter has settled. Earlier today, Plaintiff's counsel was provided with a copy of the necessary settlement paperwork; once it returned to my office fully executed, the Stipulation of Settlement and Order of Dismissal will be filed for the Court's endorsement. We thank the Court for its assistance in resolving this matter.

                 Respectfully submitted,

                 */s/ Alexandra Corsi*

                 Alexandra Corsi
                 *Senior Counsel*
                 Special Federal Litigation Division

cc: **By ECF**
   Rudy Velez, Esq.
   *Attorney for plaintiff*